UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

JOSE VERAS, DANIEL DEGANTE, MANUEL
DIAZ, ALEJANDRO JUAREZ, and ANTONIO
RODRIGUEZ,

                        Plaintiffs,

    - against -

CLEAN IMAGE, INC. and DAVID FLORES,

                        Defendants.

-------------------------------------------------------------------X

Civil Action No.
1:15-cv-00255-PAC

**[PROPOSED] DEFAULT JUDGMENT**

This action having commenced on January 14, 2015; the Amended Complaint having been filed on April 07, 2015; a copy of the Amended Summons and Amended Complaint having been served on Defendant Clean Image Inc., on April 14, 2015; a copy of the Amended Summons and Amended Complaint having been served on Defendant David Flores on May 15, 2015; Defendants having not answered, moved or otherwise defended against or responded to the Amended Complaint, and the Clerk of the Court having entered a Certificate of Default against the Defendants on July 06, 2015; and the Plaintiffs having sufficiently established damages, attorney's fees and costs; it is hereby

ORDERED, ADJUDGED, and DECREED that Plaintiffs have judgment against Defendants Clean Image Inc. and David Flores, jointly and severally, in the amount of $78,024.23 for Jose Veras, $18,443.43 for Daniel Degante, $9,725.00 for Manuel Diaz, $20,378.75 for Antonio Rodriguez, $16,516.00 for Alejandro Juarez, for a total of $143,087.40 in damages; plus an additional $21,644.82 in attorneys' fees and costs, for a total judgment of $164,732.22.

Pursuant to section 663(4) of the New York Labor Law, if any amount of the judgment awarding amounts under the NYLL remains unpaid upon the expiration of ninety days following the issuance of the judgment or ninety days after expiration of the time to file an appeal and no appeal therefrom is then pending, whichever is later, the amount of the judgment attributable to the NYLL, namely $134,150.54 as to all plaintiffs (which includes fees and costs), shall automatically increase by fifteen percent.

The Clerk is hereby directed to enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: Sept 15, 2015

Hon. Paul A. Crotty
United States District Judge